MICHAEL W. SILLYMAN #004259
FRANCI G. FEALK #025032
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ  85253-2742
(480) 429-5000
Facsimile: (480) 429-5001
*Attorneys for Wells Fargo Bank, N.A.*

LAUREL L. BAKER
1985 Pima Drive North
Lake Havasu City, AZ 86403
(928) 554-2092
*Defendant in Propria Persona*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>LAUREL L. BAKER,<br><br>Defendant. | Case No.:  CIV 08-08155-PCT MEA<br><br>**STIPULATION TO DISMISS, WITHOUT PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A., appearing through counsel, and Defendant Laurel Baker hereby stipulate and agree that the Court may dismiss this action as against Laurel Baker without prejudice, with each party to bear its respective attorneys' fees and costs. A proposed form of order is submitted herewith.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4843-1099-0085.1

1     RESPECTFULLY submitted this 6th day of November, 2009.

2                                   KUTAK ROCK LLP

By  /s/ Franci G. Fealk
    Michael W. Sillyman, Esq.
    Franci G. Fealk, Esq.
    8601 North Scottsdale Road, Suite 300
    Scottsdale, AZ 85253-2742
    *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

LAUREL L. BAKER

By  /s/ Franci G. Fealk, on behalf of
    Laurel L. Baker
    1985 Pima Drive North
    Lake Havasu City, AZ 86403
    *Defendant in Propria Persona*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2009, the foregoing Stipulation to Dismiss, Without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system and to Laurel L. Baker by first-class mail. Parties may access this filing through the Court's system.

/s/ Rebekah Poston